(133 So. 60)

## George BOUYER v. STATE.
### 4 Div. 538.

Supreme Court of Alabama.
March 19, 1931.

Sollie & Sollie, of Ozark, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, J.

Petition of George Bouyer for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bouyer v. State, 133 So. 59.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.